OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458    MAR 04 2015
MAILED FROM ZIP CODE 78701

PITNEY BOWES

$ 00.26⁵

**2/26/2015**

**TUBBS, FREDDY RAY        Tr. Ct. No. 1148461-A        WR-82,933-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

FREDDY RAY TUBBS
CENTRAL UNIT - TDC # 1498927
ONE CIRCLE DRIVE
SUGARLAND, TX  77478                    U TF

1EBN3B  77498